```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

JEFFREY ROBBINS,
    Plaintiff,

    v.                                      CIVIL ACTION NO.
                                            14-13829-MBB

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,
    Defendant.

## FINAL JUDGMENT

**April 12, 2017**

**BOWLER, U.S.M.J.**

It is **ORDERED** and **ADJUDGED** that this action be **REMANDED** to Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this court's April 12, 2017 Memorandum and Order.

                                            /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge